UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMISRX, LLC,<br><br>                          Plaintiff,<br>v.<br><br>OSRX, INC.; OCULAR SCIENCE, INC.,<br><br>                         Defendants. | Case No.: 21-cv-1305-BAS-DDL<br><br>**ORDER DENYING DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS**<br><br>**[Dkt. No. 118]** |
| OSRX, INC., and OCULAR SCIENCE, INC.,<br><br>                         Counterclaimants,<br>v.<br><br>IMPRIMISRX, LLC,<br><br>                         Counterdefendant. | |

Defendants move to compel compliance with subpoenas issued to Plaintiff's regulatory counsel "to investigate [Plaintiff's] violation of the protective order issued by the Court." Dkt. No. 118 at 3. The Court held multiple hearings on the motion and entertained multiple rounds of briefing. At a hearing on April 20, 2023, the Court noted that the subpoenas required compliance in the District of Columbia and inquired whether any motion to compel should be brought in that district. *See* Fed. R. Civ. P. 45(d)(3)(A) ("On timely motion, the court for the district *where compliance is required* must quash or

modify a subpoena . . . .") (emphasis added).  Defendants submitted supplemental briefing on this issue.  Dkt. No. 149.

On May 18, 2023, the Court held a further motion hearing.  For the reasons stated at the hearing, the Court DENIES the motion WITHOUT PREJUDICE to Defendants refiling the motion in the United States District Court for the District of Columbia as required by Rule 45(d)(3)(A).[1]  *See, e.g.*, *In re Outlaw Lab'ys, LP Litig.*, No. 18CV840 GPC (BGS), 2020 WL 5709386, at *2 (S.D. Cal. Sept. 24, 2020) ("Rule 45 consistently, through numerous sections of the Rule, requires any motions or applications related to a subpoena be brought in the district where compliance is required.").

**IT IS SO ORDERED.**

Dated:  May 19, 2023

*[signature: David Leshner]*

Honorable David D. Leshner
United States Magistrate Judge

---

[1]  Although the plain language of Rule 45 compels denial of Defendants' motion, the Court would willingly accept a transfer under Rule 45(f) of any future motion filed in the District of Columbia.