UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMISRX, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OSRX, INC.; OCULAR SCIENCE, INC.,<br><br>Defendants. | Case No.: 21-cv-1305-BAS-DDL<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO DE-DESIGNATE DOCUMENTS WRONGFULLY DESIGNATED AS CONFIDENTIAL**<br><br>[Dkt. No. 181] |

On November 30, 2023, the Court held a hearing on Plaintiff's Motion to De-Designate Documents ("Motion") under the operative Protective Order. Dkt. No. 181. Keith J. Wesley and George Laiolo appeared for Plaintiff. Allie M. Fellows and Thomas J. Martin appeared for Defendants.

For the reasons stated on the record, the Court **DENIES** the Motion without prejudice. Judge Major previously denied Plaintiff's first motion to de-designate ten of the documents at issue in the instant Motion, and no changed circumstances warrant reconsideration of that decision. *See* Dkt. No. 54. Further, the parties agree that all of the documents at issue in the instant Motion are exhibits to the parties' motions for partial summary judgment and oppositions thereto and were the subject of a separate motion to seal decided by District Judge Bashant. *See* Dkt. No. 236. With respect to the documents

1

as to which Judge Bashant found "compelling reasons" to seal under *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016), that determination supports a finding of good cause to maintain the designation of those documents under the Protective Order. On the other hand, the denial of the motion to seal as to any of the documents means the documents will be publicly available on the docket and renders the Motion to de-designate those documents under the Protective Order functionally moot.

At the hearing, Plaintiff agreed with the foregoing analysis but raised concerns regarding its ability to utilize documents designated under the Protective Order in trial preparation and as trial exhibits. Those issues are not raised in the pending Motion, and the Court concludes that resolution of trial-related issues is premature at this time. As such, this Order is entered without prejudice to any party seeking future relief under the Protective Order with respect to such trial-related concerns.

**IT IS SO ORDERED.**

Dated:  November 30, 2023

Hon. David D. Leshner
United States Magistrate Judge