# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMISRX, LLC, | Case No. 21-cv-01305-BAS-DDL |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| OSRX, INC.; OCULAR SCIENCE, INC., | |
| Defendants. | |

## JUDGMENT

Pursuant to the Court's December 12, 2023, Order on Summary Judgment (ECF No. 266), the November 20, 2024, Jury Verdict (ECF No. 342), and the January 17, 2025, Order on Post-Trial Motions (ECF No. 353), the Court hereby enters judgment as follows:

1.   Defendants and counter-claimants OSRX, Inc. and Ocular Science, Inc. ("Defendants") are liable to Plaintiff and counter-defendant ImprimisRx, LLC ("Imprimis") in the amount of $34.9 million, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

2.   Defendants shall immediately cease use of the following valid, protectable trademarks that are licensed to Imprimis:

     a.   PRED-GATI-BROM

21cv1305

b.    TIM-BRIM-DOR-LAT

c.    MOXI-BROM

d.    PRED-BROM

e.    PRED-MOXI-BROM

f.    TIM-BRIM-DOR

g.    TIM-LAT

h.    PRED-MOXI

i.    DEX-MOXI

**IT IS SO ORDERED.**

**DATED: January 31, 2025**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

21cv1305