DYLAN J. LIDDIARD (BAR NO. 203055)
DALE R. BISH (BAR NO. 235390)
THOMAS J. MARTIN (BAR NO. 150039)
CHARLES A. TALPAS (BAR NO. 308505)
MIKAELA BURKHARDT (BAR NO. 328112)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Email: dliddiard@wsgr.com

*Attorneys for Defendants OSRX, Inc. and Ocular Science, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMISRX, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>OSRX, INC.; OCULAR SCIENCE, INC.,<br><br>   Defendants.<br><br>OSRX, INC., OCULAR SCIENCE, INC.,<br><br>   Counterclaimants,<br><br>   vs.<br><br>IMPRIMISRX, LLC,<br><br>   Counterdefendant. | Case No. 3:21-CV-01305-BAS-DDL<br><br>**DEFENDANTS' NOTICE OF MOTION AND RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL**<br><br>Hearing Date: April 25, 2025<br>Courtroom: 12B<br>Judge:  Hon. Cynthia A. Bashant<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br><br>*Filed Concurrently With Defendants' Memorandum of Points & Authorities* |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 25, 2025, or as soon thereafter as the matter may be heard, in Courtroom 12B of the United States District Court for the Southern District of California, James M. Carter and Judith N. Keep United States Courthouse, located at 333 West Broadway, San Diego, California 92101, the Honorable Cynthia Bashant presiding, Defendants and Counterclaimants Ocular Science, Inc. ("Ocular") and OSRX, Inc. ("OSRX") (collectively, "Defendants"), by and through their undersigned counsel, will and hereby do renew their previous motion for judgment as a matter of law ("JMOL") pursuant to Federal Rule of Civil Procedure 50(b) because the jury did not have a legally sufficient basis to support their verdict. In the alternative, Defendants move for a new trial pursuant to Federal Rule of Civil Procedure 59 because the jury's findings were against the clear weight of the evidence. Defendants also alternatively request that the Court order remittitur as to Plaintiff ImprimisRx LLC's ("Plaintiff") damages because the amount of actual and punitive damages awarded by the jury is excessive and not supported by evidence.

Defendant's Motion is made on the following grounds:

First, Defendants renew their Motion for JMOL, or alternatively move for a new trial, because the jury could not have reasonably concluded that the trademarks at issue are valid and enforceable because the marks are generic and/or merely descriptive.

Second, Defendants renew their Motion for JMOL, or alternatively move for a new trial, because the jury could not have reasonably concluded that Defendants' use of the purported marks was likely to confuse consumers about the source of the products bearing the marks. There was no evidence presented by Plaintiff showing any instance of actual confusion or a likelihood of confusion by consumers (here, eye doctors); and Plaintiff likewise failed to present evidence to support a finding of initial interest confusion.

Third, Defendants renew their Motion for JMOL, or alternatively move for a new trial and/or an order of remittitur, because there was insufficient evidence to find that

1  Plaintiff suffered actual damages or that Plaintiff was entitled to punitive damages, and/or
2  because the amount of actual damages and/or punitive damages are grossly excessive
3  under applicable law.

4        Fourth, Defendants renew their motion for JMOL, or alternatively move for a new
5  trial, because there was insufficient evidence to support a finding of willfulness and/or to
6  support the jury's award of punitive damages, and/or to find against Defendants on their
7  fair use affirmative defense.

8        Fifth, Defendants move for a new trial on the grounds that it was unfairly prejudiced
9  by evidentiary rulings and/or by jury confusion arising out of the verdict form's omission
10  of Defendants' fair use affirmative defense.

11        This Motion is based on this Notice of Motion, the accompanying Memorandum of
12  Points & Authorities in support thereof, the exhibits and trial testimony identified in this
13  motion, all other relevant evidence introduced at trial, the pleadings and papers on file,
14  any Reply and supporting pleadings and exhibits that may be filed in support of this
15  motion, any oral argument that may be made, and upon such other or further material as
16  may be presented at or before the hearing of this matter.

20  Dated: February 28, 2025       WILSON SONSINI GOODRICH & ROSATI
                                                                Professional Corporation

22                              By: */s/ Dylan J. Liddiard*
23                                  Dylan J. Liddiard

24                           *Attorneys for Defendants*
                         *OSRX, Inc. and Ocular Science, Inc.*