ELLIS GEORGE LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@ellisgeorge.com
Christopher W. Arledge (State Bar No. 200767)
  carledge@ellisgeorge.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff and Counter-Defendant ImprimisRx, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMISRX, LLC,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>OSRX, INC.; OCULAR SCIENCE, INC.,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 3:21-CV-01305-BAS-(DDL)<br><br>**DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF IMPRIMISRX, LLC'S OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR NEW TRIAL**<br><br>Date:　April 25, 2025<br>Judge:　Cynthia Bashant<br>Ctrm:　12B<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br><br>Trial Date:　August 13, 2024<br>Action Filed: July 20, 2021 |

Case No. 3:21-CV-01305-BAS-(DDL)

DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF IMPRIMISRX, LLC'S OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR NEW TRIAL

## DECLARATION OF KEITH J. WESLEY

I, Keith J. Wesley, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am the managing partner of Ellis George LLP, counsel of record for Plaintiff ImprimisRx, LLC ("Imprimis") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached hereto as **Exhibit A** is a graphic containing quotes from the transcript of the trial in this action where Defendants' counsel and witnesses stated that the trademarks at issue describe the ingredients of certain compounded formulations.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the trial in this action, cited to as "TT" in Imprimis's Opposition to Defendants' Motion for Judgment as a Matter of Law, New Trial, or Remittitur (the "Opposition").

4. Attached hereto as **Exhibit C** are true and correct copies of certain exhibits admitted by Imprimis during the trial in this action, cited to as "PX" in the Opposition.

5. Attached hereto as **Exhibit D** are true and correct copies of certain exhibits admitted by Defendants during the trial in this action, cited to as "DX" in the Opposition.

Executed April 11, 2025, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Keith J. Wesley