ELLIS GEORGE LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@ellisgeorge.com
Christopher W. Arledge (State Bar No. 200767)
  carledge@ellisgeorge.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff and Counter-Defendant ImprimisRx, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| IMPRIMISRX, LLC, | Case No. 3:21-CV-01305-BAS-(DDL) |
|---|---|
| Plaintiffs, | **INDEX OF EXHIBITS TO THE DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF IMPRIMISRX, LLC'S OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR NEW TRIAL** |
| vs. | |
| OSRX, INC.; OCULAR SCIENCE, INC., | |
| Defendants. | Date: April 25, 2025<br>Judge: Cynthia Bashant<br>Ctrm: 12B |
| | **NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |
| | Trial Date: August 13, 2024<br>Action Filed: July 20. 2021 |
| AND RELATED CROSS-ACTION | |

## INDEX OF EXHIBITS TO THE DECLARATION OF KEITH J. WESLEY

| | |
|---|---|
| Exhibit A | A graphic containing quotes from the transcript of the trial in this action where Defendants' counsel and witnesses stated that the trademarks at issue describe the ingredients of certain compounded formulations. |
| Exhibit B | Excerpts from the transcript of the trial in this action, cited to as "TT" in Imprimis's Opposition to Defendants' Motion for Judgment as a Matter of Law, New Trial, or Remittitur. |
| Exhibit C | Certain exhibits admitted by Imprimis during the trial in this action, cited to as "PX" in the Opposition. |
| Exhibit D | Certain exhibits admitted by Defendants during the trial in this action, cited to as "DX" in the Opposition |

Dated: April 11, 2025

ELLIS GEORGE LLP
    Keith J. Wesley
    Christopher W. Arledge
    George B. A. Laiolo

By:    *s/ Keith J. Wesley*
    Keith J. Wesley
Attorneys for Plaintiff and Counter-Defendant ImprimisRx, LLC