# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMISRX, LLC,<br><br>                                        Plaintiff,<br><br>    v.<br><br>OSRX, INC.; OCULAR SCIENCE, INC.,<br><br>                                        Defendants. | Case No. 21-cv-01305-BAS-DDL<br><br>**ORDER SETTING ORAL ARGUMENT ON DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>**(ECF No. 359)** |

The Court **ORDERS** Plaintiff ImprimisRx, LLC and Defendants OSRX, Inc. and Ocular Science, Inc. to appear on **Friday, June 13, 2025, at 1:30 p.m.** in Courtroom 12B for oral argument.  The parties should be prepared to discuss Defendants' Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Motion for a New Trial.  (ECF No. 359.)

**IT IS SO ORDERED.**

**DATED: May 22, 2025**

Hon. Cynthia Bashant, Chief Judge
United States District Court

- 1 -

21cv1305