**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
DYLAN J. LIDDIARD (BAR NO. 203055)
DALE BISH (BAR NO. 235390)
CHARLES A. TALPAS (BAR NO. 308505)
MIKAELA BURKHARDT (BAR NO. 328112)
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Email: dliddiard@wsgr.com

*Attorneys for Defendants OSRX, Inc. and Ocular Science, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMISRX, LLC, and HARROW IP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OSRX, INC. and OCULAR SCIENCE, INC.,<br><br>Defendants.<br><br>OSRX, INC. and OCULAR SCIENCE, INC.,<br><br>Counterplaintiffs,<br><br>v.<br><br>IMPRIMISRX, LLC and HARROW IP, LLC,<br><br>Counterdefendants. | Case No. 3:21-CV-01305-BAS-(DDL)<br><br>**DEFENDANTS OSRX, INC. AND OCULAR SCIENCE, INC.'S REQUEST FOR JUDICIAL NOTICE OF CALIFORNIA BOARD OF PHARMACY PROCEEDING AGAINST IMPRIMISRX, LLC** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Evidence 201, Defendants OSRX, Inc. ("OSRX") and Ocular Science, Inc. ("Ocular Science"; collectively "Defendants") request that this Court take judicial notice of the exhibit described in and attached to this Request, in support of Defendants' Renewed Motion For Judgement As A Matter Of Law Or, In The Alternative, For A New Trial.

## DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

Attached hereto as Exhibit 1 is a true and correct copy of the Accusation filed on June 14, 2024 by Anne Sodergren, in her official capacity as the Executive Officer of the Board of Pharmacy, Department of Consumer Affairs, for the State of California ("Complainant") against Harrow Health Inc. dba Imprmis NJOF LLC, Harrow Health Inc. and ImprimisRx NJ LLC dba ImprimisRx ("Respondents"), in the administrative case captioned *In the Matter of the Accusation Against Imprimis NJOF LLC and ImprimisRx*, Case No. AC 2022-7456, before the Board of Pharmacy of State of California (the "California BOP Proceeding").

Court may take judicial notice of facts not subject to reasonable dispute, at any stage of the proceeding. *See* Fed. R. Evid. 201(b) and (d). Courts may take judicial notice of the records and reports of administrative bodies and, more generally, of any matters of public record. *Anderson v. Holder*, 673 F.3d 1089, 1094 (9th Cir. 2012); *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001). In addition, courts may take judicial notice of records in another case, including state court proceedings. *See, e.g., United States v. Howard*, 381 F.3d 873, 876 n.1 (9th Cir. 2004); *Miles v. California*, 320 F.3d 986, 987 n.1 (9th Cir. 2003).

The California BOP Proceeding is an official record filed by the Board of Pharmacy of the State of California in an administrative proceeding against ImprimisRx, which is available to the public via the California Board of Pharmacy's website (accessible through https://www.pharmacy.ca.gov/enforcement/accusations/ac227456.pdf). Accordingly, its authenticity is not in question: "Under Rule 201, the court can take judicial notice of '[p]ublic records and government documents available from reliable sources on the

-2-

Internet,' such as websites run by governmental agencies." *Gerritsen v. Warner Bros. Entm't, Inc.*, 112 F. Supp. 3d 1011, 1033 (C.D. Cal. 2015).

Dated: June 23, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Dylan J. Liddiard
Dylan J. Liddiard

Attorneys for Defendants
OSRX, Inc. and Ocular Science, Inc.