ELLIS GEORGE LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@ellisgeorge.com
Christopher W. Arledge (State Bar No. 200767)
  carledge@ellisgeorge.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff and Counter-
Defendant ImprimisRx, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMISRX, LLC, and HARROW IP, LLC,<br><br>    Plaintiffs,<br><br>  vs.<br><br>OSRX, INC.; OCULAR SCIENCE, INC.,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 3:21-CV-01305-BAS-(DDL)<br><br>Hon. Cynthia A. Bashant<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANTS OSRX, INC. AND OCULAR SCIENCE, INC.'S REQUEST FOR JUDICIAL NOTICE OF CALIFORNIA BOARD OF PHARMACY PROCEEDING AGAINST IMPRIMISRX, LLC**<br><br>Trial Date:   November 12, 2024<br>Action Filed: July 20, 2021 |

3020666.1

Case No. 3:21-CV-01305-BAS-(DDL)

PLAINTIFF'S OPPOSITION TO DEFENDANTS OSRX, INC. AND OCULAR SCIENCE, INC.'S REQUEST FOR JUDICIAL NOTICE OF CALIFORNIA BOARD OF PHARMACY PROCEEDING AGAINST IMPRIMISRX

## I. INTRODUCTION

Months after the close of briefing on defendants' post-trial motion, defendants request this Court to take judicial notice of a pharmacy board accusation dated June 14, 2024 – i.e., over a year ago.

The request is silent as to the relevance of the document to defendants' post-trial motion because there is none. The accusation was not in evidence at trial, and thus the document cannot be considered. On this basis, as well as because the request is untimely, the request should be denied. *Genasys Inc. v. Vector Acoustics LLC*, 638 F. Supp. 3d 1135 (S.D. Cal. 2022) ("[T]he Court **DENIES** Vector and Lopez's request for judicial notice of Plaintiff's press releases because they are irrelevant to the instant Motion to Dismiss."); *Ewing v. Flora*, 2015 WL 5177772, at *7 (S.D. Cal. Aug. 26, 2015) ("Mr. Samini's taxes and Flora's alleged criminal record and contempt citations are not relevant and have no probative value in this action where Ewing seeks relief from Flora based on alleged violations of CIPA, TCPA and RICO. The court, therefore, **DENIES** Ewing's request for judicial notice, and **ORDERS THE CLERK to STRIKE** Exhibit Nos. 1 through 12 attached to Docket No. 37.") (emphasis in original).

Indeed, defendants' latest gambit is yet another indication that they have not received the message of deterrence and punishment that the jury wanted to send through their award of punitive damages. Parties have been sanctioned or reprimanded for improper use of the judicial notice mechanism. See, e.g., *Boe v. Marshall*, 767 F. Supp. 3d 1208, 1225-26 (M.D. Ala. 2025) ("The chief reason the Court denies the Respondents' motion [to take judicial notice] is that it was brought in bad faith. After considering this peculiar request for some time, turning over the why and what of it until it had seen the matter from all sides, the Court has found no angle from which the motion might be considered proper"); *McKenzie-Morries v. VP Records Retail Outlet Inc.*, 638 F. Supp. 3d 333, 339 (S.D.N.Y. 2022) (awarding

1 | Rule 11 sanctions based on frivolous request for judicial notice).

2 |     Plaintiff here does not seek sanctions (although the Court would be well within its discretion in ordering them), but does continue to respectfully request that the Court not materially alter the jury's punitive damage award.

Respectfully submitted:

Dated:  June 24, 2025

ELLIS GEORGE LLP
   Keith J. Wesley
   Christopher W. Arledge
   George B. A. Laiolo

By:    */s/* Keith J. Wesley
       Keith J. Wesley
Attorneys for Plaintiff and Counter-Defendant
ImprimisRx, LLC

# PROOF OF SERVICE

**ImprimisRx, LLC v OSRX, Inc., et al.**
**USDC, SDCA, Case No. 3:21-cv-01305-BAS-DDLx**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, 30th Floor, Los Angeles, CA 90067.

On June 24, 2025, I served true copies of the following document(s) described as **PLAINTIFF'S OPPOSITION TO DEFENDANTS OSRX, INC. AND OCULAR SCIENCE, INC.'S REQUEST FOR JUDICIAL NOTICE OF CALIFORNIA BOARD OF PHARMACY PROCEEDING AGAINST IMPRIMISRX, LLC** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** On June 24, 2025, I caused a copy of the document(s) to be sent from e-mail address dtorosyan@ellisgeorge.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 24, 2025, at Los Angeles, California.

Diane Torosyan

3020666.1

Case No. 3:21-CV-01305-BAS-(DDL)

PLAINTIFF'S OPPOSITION TO DEFENDANTS OSRX, INC. AND OCULAR SCIENCE, INC.'S REQUEST FOR JUDICIAL NOTICE OF CALIFORNIA BOARD OF PHARMACY PROCEEDING AGAINST IMPRIMISRX

# SERVICE LIST

*ImprimisRx, LLC v OSRX, Inc., et al.*
USDC, SDCA, Case No. 3:21-cv-01305-BAS-DDLx

| | |
|---|---|
| Dylan J. Liddiard, Esq.<br>Dale R. Bish, Esq.<br>Mikaela Burkhardt, Esq.<br>Thomas J. Martin, Esq.<br>Charles A. Talpas, Esq.<br>Allie M. Fellows, Esq.<br>WILSON SONSINI GOODRICH & ROSATI, PC<br>650 Page Mill Road<br>Palo Alto, California  94304<br>Telephone: (650) 493-9300<br>Email:  dliddiard@wsgr.com<br>          dbish@wsgr.com<br>          mburkhardt@wsgr.com<br>          tmartin@wsgr.com<br>          ctalpas@wsgr.com<br>          pmarquez@wsgr.com<br>          afellows@wsgr.com | Attorneys for Defendants and Counter-Claimants OSRX, Inc., Ocular Science, Inc. |
| Carolynn Beck, Esq.<br>EISNER, LLP<br>152 West 57th Street<br>48th Floor<br>New York, New York 10019<br>Telephone: (646) 876-2614<br>Email:  cbeck@eisnerlaw.com | Attorneys for Defendants and Counter-Claimants OSRX, Inc., Ocular Science, Inc. |
| Zachary T. Elsea, Esq.<br>EISNER, LLP<br>433 N. Camden Drive, 4th Floor<br>Beverly Hills, California 90210<br>Telephone:  (310) 855-3200<br>Facsimile:  (310) 855-3201<br>Email: zelsea@eisnerlaw.com | Attorneys for Defendants and Counter-Claimants OSRX, Inc., Ocular Science, Inc. |

3020666.1

Case No. 3:21-CV-01305-BAS-(DDL)

PLAINTIFF'S OPPOSITION TO DEFENDANTS OSRX, INC. AND OCULAR SCIENCE, INC.'S REQUEST FOR JUDICIAL NOTICE OF CALIFORNIA BOARD OF PHARMACY PROCEEDING AGAINST IMPRIMISRX