# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMISRX, LLC, <br><br> Plaintiff, <br><br> v. <br><br><br> OSRX, INC.; OCULAR SCIENCE, INC., <br><br> Defendants. | Case No. 21-cv-01305-BAS-DDL <br><br> **AMENDED FINAL JUDGMENT** |

## JUDGMENT

Pursuant to the Court's December 12, 2023, Order on Summary Judgment (ECF No. 266); the November 20, 2024, Jury Verdict (ECF No. 342); the January 17, 2025, Order on Post-Trial Motions (ECF No. 353); the September 26, 2025, Order on the Rule 50 and Rule 59 Motions (ECF No. 368); and Plaintiff's Notice of Acceptance of Remittitur (ECF No. 369), the Court hereby enters judgment as follows:

1. Defendants and Counter-Claimants OSRX, Inc. and Ocular Science, Inc. ("Defendants") are liable to Plaintiff and Counter-Defendant ImprimisRx, LLC ("Imprimis") in the amount of $11,249,538, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

      2.    Defendants shall immediately cease use of the following valid, protectable trademarks that are licensed to Imprimis:

      a.    PRED-GATI-BROM
      b.    TIM-BRIM-DOR-LAT
      c.    MOXI-BROM
      d.    PRED-BROM
      e.    PRED-MOXI-BROM
      f.    TIM-BRIM-DOR
      g.    TIM-LAT
      h.    PRED-MOXI
      i.    DEX-MOXI

**IT IS SO ORDERED.**

**DATED: October 1, 2025**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**