**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

IMPRIMISRX, LLC,

Plaintiff,

v.

OSRX, Inc. *et al.*,

Defendants.

Case No. 21-cv-01305-BAS-DDL

**ORDER:**

**(1) GRANTING AMENDED JOINT MOTION TO VACATE INJUNCTION (ECF No. 413); AND**

**(2) VACATING JOINT MOTION TO VACATE INJUNCTION AS MOOT (ECF No. 412)**

Plaintiff ImprimisRx, LLC, and Defendants OSRX, Inc. and Ocular Science, Inc. jointly move for the Court to "issue an indicative ruling pursuant to Fed. R. Civ. P. 62.1 stating that the court would grant a motion to vacate the injunction entered in this action on October 1, 2025, as part of the amended final judgment against OSRX (the 'Injunction'), Dkt. 370, and would release the funds that OSRX has deposited into the Court's registry pursuant to the Court's October 29, 2025, order (the 'Registry Funds'), Dkt. 395, should the Ninth Circuit remand the case for that limited purpose." ("Motion", ECF No. 413.)

First, since Parties' Motion amends Parties' previously filed motion to vacate the injunction, the Court **VACATES AS MOOT** Parties' prior motion. (ECF No. 412.)

Second, since Parties have settled the litigation and jointly seek vacatur of the Injunction and release of Registry Funds (*id*. at 1:21–25, 4:9–10), the Court **GRANTS** Parties' Motion (ECF No. 413). *See, e.g.*, *Perfect 10, Inc. v. Megaupload Ltd*., 2011 WL 10618723, at *1 (S.D. Cal. Oct. 11, 2011) ("Here, where the parties have settled the litigation and jointly seek vacatur, it is appropriate to vacate the Court's prior order.").

**IT IS SO ORDERED.**

**DATED: September 16, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**